**Entered on Docket**
**December 17, 2009**

_____
**Hon. Michael S. McManus**
**United States Bankruptcy Judge**

___

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

The Bank of New York Mellon as Successor in Interest to JP Morgan Chase Bank, as Trustee for Washington Mutual Mortgage Pass-Through Certificates, Series 2004-RP1
09-76685

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-N-09-52063-GWZ |
| Lisa T. Marquez and Steven O. Marquez | Date: 11/13/09<br>Time: 1:30pm |
| | Chapter 13 |
| Debtor(s). | |

**ORDER VACATING AUTOMATIC STAY**

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that relief from the Automatic

2  Stay is granted in the above-entitled bankruptcy proceeding regarding the subject generally described as

3  1810 Severn Dr., Reno, NV 89503.

4

5

6  DATED this _____ day of _____, 2009.

7

8  Submitted by:
   **WILDE & ASSOCIATES**

9
   /s/ GREGORY L. WILDE
10  _____

11  **Gregory L. Wilde, Esq.**
    Attorney for Secured Creditor
12  208 South Jones Boulevard
    Las Vegas, Nevada 89107
13
    APPROVED / DISAPPROVED
14

15  _____
    **Kevin A. Darby**
16  4777 Caughlin Pkwy.
    Reno, NV 89519
17  Attorney for Debtor(s)

18  APPROVED / DISAPPROVED

19
    _____
20  **William Van Meter**
    P.O. Box 6630
21  Reno, NV 89513
    Chapter 13 Trustee
22

23

24

25

26

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_ The court waived the requirements of LR 9021.

\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.

\_x\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)

Debtor's counsel:

\_\_\_\_ approved the form of this order       \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document

\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_ approved the form of this order       \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document

Other Party:_____

\_\_\_\_ approved the form of this order       \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document

Breach Order:

\_\_\_\_ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of this proposed order were transmitted to Debtor's counsel and appointed trustee to which they have not replied

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor